GREAT ATLANTIC & PACIFIC TEA CO. v. CAREY.

(Circuit Court of Appeals, Second Circuit. January 12, 1915.)

No. 114.

COURTS ☞356—RESERVATION OF GROUNDS OF REVIEW—EXCEPTION TO DENIAL OF NEW TRIAL.

An exception to the refusal to set aside a verdict as contrary to the weight of the evidence, and on the other grounds set forth in Code Civ. Proc. N. Y. § 999, presents nothing for review in a federal appellate court.

[Ed. Note.—For other cases, see Courts, Cent. Dig. § 937; Dec. Dig. ☞356.]

In Error to the District Court of the United States for the Southern District of New York.

This cause comes here upon writ of error to review a judgment of the District Court, Southern District of New York, entered upon the verdict of a jury in favor of defendant in error who was plaintiff below. The action was for personal injuries sustained by plaintiff while driving one of the defendant's delivery wagons. Affirmed.

Martin Conboy, of New York City, for plaintiff in error.

E. L. Ryder, of New York City, for defendant in error.

Before LACOMBE, COXE, and ROGERS, Circuit Judges.

PER CURIAM. The only exception in the case is to the refusal of the trial judge to set aside the verdict on the ground that it is

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

contrary to the weight of evidence and on other grounds set forth in section 999 of the New York Code of Civil Procedure. Such exception presents nothing for review in a federal appellate court.

Judgment affirmed.